O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CINTHYA ENCARNACION MALAGA MARTINEZ, | Case No. 5:26-cv-00563-HDV-KES |
|---|---|
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 15).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's motion to dismiss (Dkt. 14) is **granted**, and Judgment be entered **dismissing** the Petition as moot.



DATED:   03/18/26

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE