JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CINTHYA ENCARNACION
MALAGA MARTINEZ,

       Petitioner,

    v.

KRISTI NOEM, et al.,

       Respondents.

Case No. 5:26-cv-00563-HDV-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is dismissed as moot.

DATED:   03/18/26

                   HERNAN D. VERA
                   UNITED STATES DISTRICT JUDGE